**Phillip Ernest DIXON, Plaintiff—Appellant,**

v.

**Doctor ALEXANDER, Head of Psychiatric Department, Defendant—Appellee,**

and

**Ms. Mendoza, Hospital Administrator; Mr. Norwood, A/W Operations; Kathleen Hawk–Sawyer, Director, Bureau of Prisons; Joseph Brooks, Warden, Defendants.**

No. 05–6043.

United States Court of Appeals, Fourth Circuit.

Submitted May 18, 2005.

Decided June 6, 2005.

Phillip Ernest Dixon, Appellant pro se.

Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Phillip Ernest Dixon appeals the district court's order denying relief on his action under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dixon v. Alexander,* No. CA–03–231 (E.D.Va. Nov. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*